FILED

James Steven Davis
6801 Western Ave, Unit A
Buena Park, CA 90621
text/voice 951.261.0799
email jsdllg@gmail.com

Plaintiff In Pro Se

2017 MAR -7 PM 2: 35

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY LAW

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA

JAMES STEVEN DAVIS

    Plaintiff In Pro Se

V.

CITY OF BUENA PARK; JOSH ROSEN; BRIAN HADLEY; GREGORY P. PALMER;

Does 1 to 10, Inclusive

    Defendants

Case No.
**SACV17-00400 FMO (SK)**

VERIFIED COMPLAINT FOR

1. FEDERAL CIVIL RIGHTS FOR INJUNCTIVE RELIEF TO ENFORCE DUE PROCESS RIGHTS, VIOLATION OF 5TH AND 14th AMENDMENTS, ACCESS TO COURTS; INTERFERENCE WITH CONSTITUTIONAL RIGHTS TO EMPLOYMENT; PROPERTY OWNERSHIP AND ASSOCIATION

2. CALIFORNIA BANE ACT, CIVIL CODE SECTION 52.1 PROTECTION

42 USC § 1983 et. al.
Ca. Civil Code Section 52.1

VERIFIED COMPLAINT TO

ENFORCE CONSTITUTION RIGHTS

OPENING SUMMARY

1. THE FIRST DUTY OF GOVERNMENT: PROTECTION,

JSD/BP 42 USC 1983, Bane Act
Complaint

- 1 -

1. LIBERTY AND THE FOURTEENTH AMENDMENT
STEVEN J. HEYMAN
(A.B. 1979, J.D. 1984, Harvard University.)
"The first duty of the Government is to afford protection to its citizens."1 CONG. GLOBE, 39th Cong., 2d Sess. 101 (1867) (remarks of Rep. Farnsworth) (debating Reconstruction Act of 1867).

2. U.S. Supreme Court in DeShaney v. Winnebago County Dep't of Social Servs., 489 U.S. 189, 191-93 (1989), That clause, "is phrased as a limitation": "It forbids the State itself to deprive individuals of life, liberty, or property without 'due process of law"

## PARTIES AND JURISDICTION

3. Plaintiff James Steven Davis (hereinafter "JSD") is a resident of Buena Park, California. Plaintiffs's Constitutional Rights and Defendant's violations of 18 USC 241, 18 USC 242 and 42 USC 1983 mostly occurred within Buena Park or had primary effects in Buena Park within the last year.

4. Defendant City of Buena Park (hereinafter CBP) is a organized municipality located in the County of Orange, State of California. Defendant Josh Rosen is a high ranking agent employee of CBP and committed many violations of JSD Constitutional Rights in CBP. Defendant Rosen as a history of similar violations of the Civil Rights of other person, in CBP and other Cities. At least one such action is currently pending. Based on the continuing pattern of violation JSD requests an order that Defendant no longer hold any employment or other business relationship with any Government Entity. Defendant Brain Hadley, is CBP Building Official and is working with the other Defendants to violate JSD rights.

5. Defendants named as Does 1 to 10, Inclusive are persons whose violations of JSD Rights are not yet known and/or their names and relationship

with the other Defendants are not yet know. JSD reserves the ability to amend this Action to add their identifies when learned by JSD.

6. This Complaint is for Declaratory and Injunctive Relief only. No Damages are sought at this time, but no wavier of such damages expressed or implied is made by JSD at this time.

## FIRST CAUSE OF ACTION
## REQUEST FOR DECLARATORY RELIEF AND INJUNCTIVE RELIEF
## FOR PROTECTION OF RIGHTS INCLUDING FREEDOM TO CONTRACT

7. U. S. SUPREME COURT AND THE FREEDOM TO CONTRACT. The Court, for example, invalidated a law regulating the size of bread loaves (Jay Burns Baking v. Bryan, 264 U.S. 504 [1924]), and a law establishing an ice monopoly in Oklahoma (New State Ice v. Liebmann, 285 U.S. 262 [1932]). The Court also expanded its protection of liberty of contract to include private school attendance (Pierce v. Society of Sisters, 268 U.S. 510 [1925]), and foreign language instruction (Meyer v. Nebraska, 262 U.S. 390 [1923]), threatened by nativist legislation. Even so, the Court upheld most of the laws that came before it, including such far-reaching interferences with freedom of contract as exclusionary zoning (Euclid v. Ambler Realty, 272 U.S. 365 [1926]), and broad regulation of the railroad labor market (Texas & New Orleans Railroad v. Brotherhood of Railway and Steamship Clerks, 281 U.S. 548 [1930]).

8. JSD is under contract with the White Horse Family Rights Council, Inc, a California Non-profit public benefit company, to serve as the Chief Executive Office and Real Property Manager for the Corporation.

9. Such real property includes a modular building located in the Western parcel of 6801 Western Ave, Unit B, Buena Park, Ca. See that attached recorded Grant Deed, which is a true and correct copy and is incorporated by

request for judicial notice as a Government Document and by incorporation.

10. White Horse Family Rights Council, Inc was contracted by the First Southern Baptist of Buena Park, Pastor Dr Wiley Drake, to contest the threatened destruction of the modular building by Defendant CBP and it's defendant agents, including Josh Rosen. White Hose took Title, possession and control of the modular building  Under this contract JSD took over the building and so advised the Defendants.

11. Defendants CBP, Rosen and others disregard the Contract Rights and employment rights of JSD. These defendants took over control of the building, boarded it up and "red tagged" threatening JSD and others with arrest if JSD entered the building claiming the building was unsafe and impossible to repair.

12. A primary duty of JSD is to find building rehabilitation companies to and make any and all repairs to bring the building up to code. JSD has started performance of the contract duty by contacting Spectra Company, Pomona CA, experts is restoration of historic buildings, including the Orange County Historic Court House, Santa Ana.

13. Defendants refuse to let JSD give access to the building to Spectra or anyone else. Violation of JSD Due Process Rights Defendants "red tagged" the building without conducting a hearing first, even know no emergency condition exists and there is no risk whatsoever to the Public.

14. JSD has demanded access to the White Horse building and the Defendants have refused such a request and continue to violate JSD rights.

15. JSD asks the Court to issue any and all Temporary Restraining Orders, Preliminary Injunctions and Permanent Injunctions to protect his Rights from the Defendants. JSD also requests a Protective Order giving JSD responsible period of time to retain a Building restoration Company and have them complete the work and have the building certified and licensed for use for

the non-profit purposes.

## SECOND CAUSE OF ACTION, PROTECTION OF CIVIL RIGHTS UNDER THE STATE OF CALIFORNIA CONSTITUTION, THE BANE ACT, CIVIL CODE SEC 52.1 et. al.

16. JSD realleges paragraphs 1 to 15 above and incorporated same.

17. The California State Constitution provides for the following mandatory rights. These rights are enforceable by way of a Bane Act complaint.

18. The State of Constitution states:

### CALIFORNIA CONSTITUTION

ARTICLE I DECLARATION OF RIGHTS [SECTION 1 - SEC. 32]  ( Article 1 adopted 1879. )

SECTION 1. All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy.

(Sec. 1 added Nov. 5, 1974, by Proposition 7. Resolution Chapter 90, 1974.)

ARTICLE 1, SECTION 4

Free exercise and enjoyment of religion without discrimination or preference are guaranteed. This liberty of conscience does not excuse acts that are licentious or inconsistent with the peace or safety of the State. The Legislature shall make no law respecting an establishment of religion

Article 1, Section 7

(a) A person may not be deprived of life, liberty, or property without due process of law or denied equal protection of the laws

Article 1, Section 19

(a) Private property may be taken or damaged for a public use and only when

just compensation, ascertained by a jury unless waived, has first been paid to, or into court for, the owner. The Legislature may provide for possession by the condemner following commencement of eminent domain proceedings upon deposit in court and prompt release to the owner of money determined by the court to be the probable amount of just compensation

Article 1, Section 26

The provisions of this Constitution are mandatory and prohibitory, unless by express words they are declared to be otherwise.

19. Although the City is acting as if this is a private property taking action under Article 1, Section 19 the Defendants have not paid to White Horse or deposited into a court just compensation first. JSD believes that amount covering the building, real property under the building, contents of the building and access license to the property is worth at least $1 million dollars which has not been paid as required by Section 19.

20. Compliance by the Defendants with the State Constitution Article and Sections above is Mandatory under Section 26.

21. JSD requests any remedy available availble under the Bane Act, but not 42 USC 1983 be granted to him in this action.

Wherefore Plaintiff James Steven Davis prays as follows:

1. For the issuance of an immediate Temporary Restraining Order to stop Defendants interference with JSD Due Process Rights, Property Rights and Freedom of Contract Rights.

2. For the issuance of a Preliminary Injunctive Order to stop Defendants interference with JSD Due Process Rights, Property Rights and Freedom of Contract Rights.

3. For the issuance of a Permanent Injunctive Order to stop Defendants interference with JSD Due Process Rights, Property Rights and

Freedom of Contract Rights.

4. For issuance of Protective Order so Defendants may not discriminate and/or threaten JSD with any acts or ommissions for JSD enforcement of his Civil Rights.

Executed under the Penalty of Perjury per Federal and State Law that the above is true and correct to the best of Plaintiff's knowledge and belief.
March 6, 2017

By _____
James Steven Davis,
Plaintiff In Pro Se

////////////////////////////

JSD/BP 42 USC 1983, Bane Act
Complaint

Attachment One;
Grant Deed First Southern Baptist Church to White Horse Family Rights Council, Inc

**RECORDING REQUESTED BY**

White Horse Family Rights Council, Inc.

**AND WHEN RECORDED MAIL DOCUMENT TO:**

Attn Dr. J. Steven Davis
6801 Western Ave
Buena Park, CA 90621

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

32.00
*$ R 0 0 0 9 0 7 0 3 4 0 $ *
2017000067759 12:30 pm 02/16/17
48 414 G02 F13   2
0.00 0.00 20.00 0.00 3.00 0.00 0.00 0.00

_Space Above This Line for Recorder's Use Only_

A.P.N.: 276-382-08.00

File No.: _____

# GRANT DEED

The Undersigned Grantor(s) Declare(s): DOCUMENTARY TRANSFER TAX $_____ ;CITY TRANSFER TAX $_____;

[ ] computed on the consideration or full value of property conveyed, OR
[ ] computed on the consideration or full value less value of liens and/or encumbrances remaining at time of sale,
[ ] unincorporated area; [ ] City of _____, and

**FOR A VALUABLE CONSIDERATION**, receipt of which is hereby acknowledged,

[a gift, donation from a charity to another charity]

First Southern Baptist Church of Buena Park, a non-profit corporation, CA 90621, Chief Executive Officer, Wiley S. Drake

hereby GRANTS to

White Horse Family Rights Council, Inc a non-profit charity corporation

the following described property in the City of Buena Park, County of Orange, State of **California**:

A sub-division of the parcel located at 6801 Western Ave. Buena Park, CA 90621 commonly referred to as the "Dormitory Building" and the parcel of real property on which it is built.

Legal description is The South 200.00 feet of the North 320.00 feet of lot 19 of Whitaker's Addition to Buena Park, in the City of Buena Park, County of Orange, state of California as per map recorded in book 23 page 10 of miscellaneous records, in the office of the county recorder of Los Angeles County, California, including the West 10.00 feet of that portion of Western Avenue adjoining said land on the East which the Board of Supervisors of said Orange County on July 5, 1916, a certified copy of which was recorded in book 10 page 273 of Miscellaneous Records in the office of the county i\of said Orange County. EXCEPT the west 127.95 feet thereof. ALSO EXCEPT the east 24.00 feet thereof.

A.P.N.: _____

File No.: _____

Dated: Feb. 15, 2017

_Wiley S. Drake_ (signature)

Mail Tax Statements To: **SAME AS ABOVE**

**RECORDING REQUESTED BY**

White Horse Family Rights Council, Inc.

**AND WHEN RECORDED MAIL DOCUMENT TO:**

Attn Dr. J. Steven Davis
6801 Western Ave
Buena Park, CA 90621

_____ Space Above This Line for Recorder's Use Only _____

A.P.N.: 276-382-08.00                                    File No.: _____

# GRANT DEED

The Undersigned Grantor(s) Declare(s): DOCUMENTARY TRANSFER TAX $_____ ;CITY TRANSFER TAX $_____ ;
[   ]   computed on the consideration or full value of property conveyed, OR
[   ]   computed on the consideration or full value less value of liens and/or encumbrances remaining at time of sale,
[   ]   unincorporated area; [ ] City of _____, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

[a gift, donation from a charity to another charity]

White Horse Family Rights Council, Inc, a non-profit charity corporation, James S. Davis

hereby GRANTS to

First Southern Baptist Church of Buena Park, CA 90621 a non-profit charity corporation

the following described property in the City of Buena Park_____, County of Orange_____, State of **California**:

A sub-division of the parcel located at 6801 Western Ave. Buena Park, CA 90621 commonly referred to as the "Dormitory Building" and the parcel of real property on which it is built.

Legal description is The South 200.00 feet of the North 320.00 feet of lot 19 of Whitaker's Addition to Buena Park, in the City of Buena Park, County of Orange, state of California as per map recorded in book 23 page 10 of miscellaneous records, in the office of the county recorder of Los Angeles County, California, including the West 10.00 feet of that portion of Western Avenue adjoining said land on the East which the Board of Supervisors of said Orange County on July 5, 1916, a certified copy of which was recorded in book 10 page 273 of Miscellaneous Records in the office of the county of said Orange County. EXCEPT the west 127.95 feet thereof. ALSO EXCEPT the east 24.00 feet thereof.

A.P.N.: _____                                    File No.: _____

Dated: Feb. 15, 2017

_James S. Davis_ (signature)

Mail Tax Statements To:  **SAME AS ABOVE**

Page 1 of 2

Grant Deed - continued

Date: Feb. 15, 2017

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF   California   )SS
COUNTY OF  Orange      )

On February 16th 2017, before me, Linda Kay Ganci, Notary Public, personally appeared James S. Davis, Chief Executive Officer, White Horse Family Rights Council, Inc Buena Park, CA 90621, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature /s/ Linda Kay Ganci

LINDA KAY GANCI
Notary Public – California
Orange County
Commission # 2160921
My Comm. Expires Jul 24, 2020

*This area for official notarial seal*

Page 2 of 2