JAMES STEVEN DAVIS
6801 Western Ave, Unit A
Buena Park, CA 90621
Text/voice 951.261.0799
Email jsdllg@gmail.com
Plaintiff In Pro Se

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JAMES STEVEN DAVIS | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. | **SACV17-00400 FMO (SK)** |
| CITY OF BUENA PARK, COREY SIANEZ, JOSH ROSEN, BRIAN HADLEY, GREGORY P. PALMER, MARIO COMACHO,Does 1 to 10, Inclusive <br><br> DEFENDANT(S). | **SUMMONS** |

TO:    DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, James Steven Davis _____, whose address is 6801 Western Ave. Unit A; Buena Park, CA 90621 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____          By: _____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                    **SUMMONS**