# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES STEVEN DAVIS, | Case No. SA CV 17-0400 FMO (SK) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF BUENA PARK, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice. The parties shall bear their own fees and costs.

Dated this 24th day of April, 2017.

/s/

Fernando M. Olguin
United States District Judge